MECHIEL TAYLOR
130 Canyon Woods Loope, #281
San Ramon, CA  94582
Telephone:  (510) 520-1912
E-mail:  mtaylor21@une.edu

*Plaintiff in Pro Per*

ROBERTA D. PERKINS, Bar No. 153074
KATHARINE R. McDONAGH, Bar No. 325430
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone:  (510) 337-1001
Fax:  (510) 337-1023
E-Mail:  courtnotices @unioncounsel.net
          rperkins@unioncounsel.net
          kmcdonagh@unioncounsel.net

*Attorneys for Defendant UNITED EDUCATORS OF SAN FRANCISCO and MATTHEW MILTON*

**Additional Counsel on Following Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHIEL TAYLOR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE KEYS SCHOOLS AND PROGRAMS; et al.,<br><br>　　　　　　　　Defendants. | No. 4:23-cv-04121-DMR<br><br>**STIPULATION TO CONTINUE FRCP RULE 26(F) CONFERENCE, ADR PROCESS, CASE MANAGEMENT CONFERENCE AND RELATED DATES; ORDER (AS MODIFIED)** |

*Additional Counsel:*

WILLIAM J. TRINKLE, Bar No. 102280
MATTHEW A. CEBRIAN, Bar No. 219168
YOUNG, MINNEY & CORR, LLP
655 University Ave., Suite 150
Sacramento, California 95825
Telephone: (916) 646-1400
Fax: (916) 646-1300
E-Mail: wjtrinkle@ymclegal.com
          mcebrian@ymclegal.com

*Attorneys for Defendants FIVE KEYS & PROGRAMS, MELANIE FUKUHARA, STEVE GOOD, LISA HAYNES, and MARY VIGIL*

DAVID CHIU, Bar No. 189542
JONATHAN C. ROLNICK, Bar No. 151814
ROBERT S.J. ROGOYSKI, Bar No. 302472
SAN FRANCISCO CITY ATTORNEY'S OFFICE
1390 Market Street, 5th Floor
San Francisco, California 94102
Telephone: (415) 554-3313
E-Mail: robert.rogoyski@sfcityatty.org

*Attorneys for Defendant CITY & COUNTY OF SAN FRANCISCO and SAN FRANCISCO SHERIFF'S OFFICE*

PETER O. GLAESSNER, Bar No. 93830
KELLEN CROWE, Bar No. 289820
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 697-2000
Fax: (415) 813-2045
E-Mail: pglaessner@aghwlaw.com
          kcrowe@aghwlaw.com

*Attorneys for Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, NICOLE ALLEN, GREGORY AHERN and DANIEL BRODIE*

SHARON M. NAGLE, Bar No. 179124
BOLD, POLISNER, MADDOW, NELSON & JUDSON
2125 Oak Grove Road, Suite 210
Walnut Creek, California 94598
Telephone: (925) 933-7777
E-Mail: snagle@bpmnj.com

*Attorneys for Defendant THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA*

1  ROBERT A. BONTA, Bar No. 202668
   ROHIT KODICAL, Bar No. 215497
2  CALIFORNIA ATTORNEY GENERALS OFFICE
   1515 Clay Street, 20th Floor
3  P.O. Box 70550
   Oakland, CA 94612-0550
4  Telephone: (510) 879-0282
   E-mail: rohit.kodical@doj.ca.gov
5
   *Attorneys for Defendant STATE OF CALIFORNIA acting by and
6  through the Victim's Compensation Board*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

STIPULATION TO CONTINUE CMC AND RELATED DATES; ORDER (AS MODIFIED)
Case No. 4:23-cv-04121-DMR

Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District Civil Local Rules 6-2 and 7-12, IT IS HEREBY STIPULATED by and between Plaintiff MECHIEL TAYLOR ("Plaintiff") and Defendants FIVE KEYS & PROGRAMS, MELANIE FUKUHARA, STEVE GOOD, LISA HAYNES, and MARY VIGIL ("Five Keys Defendants"), CITY & COUNTY OF SAN FRANCISCO and SAN FRANCISCO SHERIFF'S OFFICE ("CCSF Defendants"), COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, NICOLE ALLEN, GREGORY AHERN and DANIEL BRODIE ("Alameda Defendants"), SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA ("Superior Court Defendant") and UNITED EDUCATORS OF SAN FRANCISCO and MATTHEW MILTON ("UESF Defendants"), STATE OF CALIFORNIA ("State Defendant") (collectively "the Parties"), by and through the undersigned, as follows:

**WHEREAS,** on August 14, 2023, Plaintiff Mechiel Taylor filed a Complaint. (ECF 1.)

**WHEREAS,** on August 15, 2023, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. (ECF 4.)

**WHEREAS,** on October 12, 2023, the Court issued an Order to Reschedule the Case Management Conference to January 31, 2024 at 1:30 P.M. with a Joint Case Management Conference Statement due by January 24, 2024. (ECF 10.)

**WHEREAS,** on October 23, 2023, Plaintiff filed a First Amended Complaint. (ECF 13.)

**WHEREAS,** on November 13, 2023, Defendant Superior Court of California, County of Contra Costa filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF 18.)

**WHEREAS,** on November 14, 2023, Defendants United Educators of San Francisco and Matthew Milton filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF 20.)

**WHEREAS,** on November 14, 2023, Defendants City and County of San Francisco and San Francisco Sherriff's Office filed a Motion to Dismiss. (ECF 24.)

**WHEREAS,** on November 15, 2023, the Court issued an Order continuing the hearings on the pending motions to dismiss to January 25, 2024 at 1:00 P.M. (ECF 30.)

1  **WHEREAS,** on December 27, 2023, Defendants County of Alameda, Alameda County Sheriff's Office and Deputy Nicole Allen filed a Motion to Dismiss and provided notice of the February 8, 2024 hearing on the motion. (ECF 41.)

**WHEREAS,** on January 1, 2024, Defendants Five Keys Schools and Programs, Melanie Fukuhara, Lisa Haynes, Steve Good, and Mary Vigil filed an Answer to Plaintiff's First Amended Complaint. (ECF 47.)

**WHEREAS,** on January 10, 2024, Defendant State of California filed a Motion to Dismiss and provided notice of the February 22, 2024 hearing on the motion. (ECF 50.)

**WHEREAS,** the last day for the FRCP Rule 26(f) conference, meet and confer and ADR Process is January 10, 2024.

**WHEREAS,** the last day to file ADR Certificate is January 10, 2024.

**WHEREAS,** not all parties had appeared prior to the deadline for the FRCP Rule 26(f) conference, the deadline for meet and confer and ADR Process, and the deadline to file the ADR Certificate and some parties may be dismissed following the hearings on the motions to dismiss, therefore, the parties agree that continuing these deadlines until after the motions to dismiss are heard will provide clarity and be more efficient.

**WHEREAS,** the parties agree this continuance will not impact the schedule for the case.

**NOW THEREFORE**, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The Initial Case Management Conference scheduled for January 25, 2024 is continued until March 28, 2024, thirty five (35) days after all Motions to Dismiss have been heard, or the Court's earliest convenience thereafter.

2. The last day to meet and confer regarding initial disclosures, early settlement, ADR Process selection and discovery plan per FRCP 26 (f) and ADR LR 3-5 and to file the ADR Certificate is continued to March 7, 2024, two (2) weeks after all Motions to Dismiss have been heard.

3. The last day to file the Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and file Case Management Statement is continued to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
STIPULATION TO CONTINUE CMC AND RELATED DATES; ORDER (AS MODIFIED)
Case No. 4:23-cv-04121-DMR

March 21, 2024, one (1) week before the rescheduled Initial Case Management Conference.

Dated: January 10, 2024

By: /s/ MECHIEL TAYLOR
    MECHIEL TAYLOR

*Plaintiff in Pro Per*

Dated: January 10, 2024   YOUNG, MINNEY & CORR, LLP

By: /s/ MATTHEW A. CEBRIAN
    MATTHEW A. CEBRIAN

*Attorneys for Defendants FIVE KEYS & PROGRAMS, MELANIE FUKUHARA, STEVE GOOD, LISA HAYNES, and MARY VIGIL*

Dated: January 10, 2024   SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: /s/ ROBERT S.J. ROGOYSKI
    ROBERT S.J. ROGOYSKI

*Attorneys for Defendant CITY & COUNTY OF SAN FRANCISCO and SAN FRANCISCO SHERIFF'S OFFICE*

Dated: January 10, 2024   ALLEN GLAESSNER HAZELWOOD & WERTH, LLP

By: /s/ PETER GLAESSNER
    PETER GLAESSNER

*Attorneys for Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, NICOLE ALLEN, GREGORY AHERN and DANIEL BRODIE*

Dated: January 10, 2024   WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ KATHARINE R. MCDONAGH
    KATHARINE R. McDONAGH

*Attorneys for Defendant UNITED EDUCATORS OF SAN FRANCISCO and MATTHEW MILTON*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

STIPULATION TO CONTINUE CMC AND RELATED DATES; ORDER (AS MODIFIED)
Case No. 4:23-cv-04121-DMR

| | |
|---|---|
| Dated: January 10, 2024 | BOLD, POLISNER, MADDOW, NELSON & JUDSON |
| | |
| | By: /s/ SHARON M. NAGLE<br>SHARON M. NAGLE |
| | *Attorneys for Defendant SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA* |
| Dated: January 10, 2024 | CALIFORNIA ATTORNEY GENERAL'S OFFICE |
| | By: /s/ ROHIT KODICAL<br>ROHIT KODICAL |
| | *Attorneys for Defendant STATE OF CALIFORNIA acting by and through the Victim's Compensation Board* |

### ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated: January 10, 2024           By: /s/ KATHARINE R. MCDONAGH
                                       KATHARINE R. McDONAGH

### ORDER (AS MODIFIED)

PURSUANT TO STIPULATION, IT IS SO ORDERED. IT IS FURTHER ORDERED THAT the Initial Case Management Conference set for January 31, 2024 at 1:30 p.m. is continued to March 28, 2024 at 1:00 p.m. in Oakland, - by Videoconference only to coincide with the hearing on Defendants' Motions to Dismiss. All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

IT IS SO ORDERED AS MODIFIED.

Date: January 12, 2024                By: _____
                                         HONORABLE DONNA M. RYU
                                         CHIEF MAGISTRATE JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

4

STIPULATION TO CONTINUE CMC AND RELATED DATES; ORDER (AS MODIFIED)
Case No. 4:23-cv-04121-DMR

All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

Webinar ID: 161 278 7819
Password: 053378

Or iPhone one-tap :
US: +16692545252,,1612787819#,,1#,053378# or +16468287666,,1612787819#,,1#,053378#

Or Telephone:
Dial (for higher quality, dial a number based on your current location):
US: +1 669 254 5252 or +1 646 828 7666 or +1 669 216 1590 or +1 551 285 1373 or 833 568 8864 (Toll Free)
Webinar ID: 161 278 7819
Password: 053378
International numbers available: https://cand-uscourts.zoomgov.com/u/acCvNfz7b

Or an H.323/SIP room system:
H.323: 161.199.138.10 (US West) or 161.199.136.10 (US East)
Meeting ID: 161 278 7819
Password: 053378
SIP: 1612787819@sip.zoomgov.com
Password: 053378

Information on Zoom Guidance and Setup is available here: https://www.cand.uscourts.gov/zoom/.