UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHIEL TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>FIVE KEYS SCHOOLS AND PROGRAMS, et al.,<br><br>    Defendants. | Case No. 23-cv-04121-DMR  (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for settlement. On December 16, 2024, the Court issued a notice for a video scheduling conference at 9:00 a.m. on January 28, 2025. (Dkt. No. 129.) The Court held the video scheduling conference on January 28, 2025, but counsel for Defendant City and County of San Francisco failed to appear.

The Court therefore issues this ORDER TO SHOW CAUSE ("OSC") to counsel for the City and County of San Francisco. Counsel must file a response explaining the nonappearance and indicating why monetary sanctions in the amount of $100 should not be imposed. Counsel shall file a response in writing to this OSC by no later than February 4, 2025.

**IT IS SO ORDERED**.

Dated: January 28, 2025

_____
SALLIE KIM
United States Magistrate Judge